# Exhibit A

FILED
MARY L. SWAIN
BUTLER COUNTY
CLERK OF COURTS
06/04/2024 02:24 PM
CV 2024 06 1073

# IN THE COURT OF COMMON PLEAS OF BUTLER COUNTY, OHIO
## CIVIL DIVISION

| | |
|---|---|
| **ANTONIA RICHARDSON** <br> 7440 Kingswood Drive <br> West Chester, OH 45069 | : <br> Case No.: |
| As Plaintiff, | : <br> Judge.: |
| v. | |
| | : **COMPLAINT FOR DAMAGES** |
| **SHEIN** <br> 757 S Alameda Street <br> Los Angeles, CA 90021-1678 | : Anthony J. Richardson II (0097200) <br> Aleia B. Brown (0104165) |
| As Defendant. | : **Law Office of Anthony J. Richardson II, LLC** <br> 27457 Holiday Lane, Suite E <br> : Perrysburg, OH 43551 <br> Office No.: 567-209-2226 <br> : Fax No.: 567-331-8787 <br> Anthony@ajr2law.com <br> : Brown@ajr2law.com |

## COMPLAINT FOR DAMAGES

Now comes Plaintiff Antonia Richardson, by and through counsel, Anthony Richardson and Aleia Brown, bringing this action against Defendant named, for damages sustained by Plaintiff due to conduct by Defendant, stating as follows:

### PARTIES

1. This action is brought forth by Plaintiff, Antonia Richardson, under the potential legal theories of invasion of privacy, and usage of likeness.

2. Plaintiff is an individual and citizen of Ohio and the United States of America. Plaintiff's domicile is in Ohio, 7440 Kingswood Drive, West Chester, Ohio 45069.

3. Defendant is incorporated in the state of Delaware and is headquartered at 757 S Alameda Street, Los Angeles, CA 90021-1678.

4. Defendant offers business and conducts transactions in the state of Ohio and has infringed on Plaintiff's rights here in the state of Ohio.

5. Subject matter jurisdiction and venue are proper in this Honorable Court.

### GENERAL FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

6. Plaintiff hereby incorporates by reference all allegations outlined in all paragraphs as if fully restated herein.

7. Plaintiff has worked in her professional capacity as a model.

8. Defendant has used at least seven (7) of Plaintiff's modeling photographs, including her likeness or persona, without her authorization, permission or consent, on its websites.

9. Defendant has used Plaintiff's modeling photographs for advertisement for the purchase of products on their website.

1

10. Defendant started using Plaintiff's likeness or persona without permission in late spring 2023, and continued to use it even after being prompted to remove it by Plaintiff near or around October 2023.

11. Defendant acted willfully in using Plaintiff's likeness or persona.

12. Defendant has altered the look of Plaintiff's photo without her authorization, permission or consent.

## COUNT ONE
## INVASION OF PRIVACY

13. Plaintiff incorporates by reference all paragraphs, as if fully restated herein.

14. Defendant used Plaintiff's modeling photographs to advertise their products on their website.

15. Defendant did not obtain consent to use Plaintiff's modeling photographs.

16. Defendant refuses to reimburse or pay market value to Plaintiff for the use and resulting profit of Plaintiff's modeling photographs being posted on its website as advertisement for its products.

## COUNT TWO
## UNAUTHORIZED USE OF LIKENESS

17. Plaintiff incorporates by reference all paragraphs, as if fully restated herein.

18. Defendant used Plaintiff's modeling photographs for commercial purposes in connection with a product.

19. Defendant used Plaintiff's modeling photographs for advertisement of a product for commercial purpose.

20. Defendant violated Plaintiff's right of publicity by using Plaintiff's modeling photographs for commercial purpose.

2

## COUNT THREE
## VIOLATION OF R.C. 2741.02

21. Plaintiff incorporates by reference all paragraphs, as if fully restated herein.

22. Plaintiff's right of publicity, personal, likeness, or right to privacy is at issue, as she is sole owner of her rights.

23. Defendant used many aspects of Plaintiff's individual persona for a commercial purpose during Plaintiff's lifetime when it posted at least seven (7) pictures wherein Plaintiff was a paid model.

24. Defendant did not seek consent before using Plaintiff's persona.

25. Defendant violated R.C. 2741.02, by using Plaintiff's persona without authorization.

26. Plaintiff is entitled to actual damages, including profits derived from and attributable to the unauthorized use of her persona for a commercial purpose under R.C. 2741.07(A).

27. Alternatively to actual damages, Plaintiff may elect statutory damages in the amount of $2,500.00, to $10,000.00 under R.C. 2741.07(A).

28. Plaintiff is entitled to punitive damages due to Defendant's willful conduct and because Defendant is a powerfully situated company who used its leverage to ignore Plaintiff's rights under R.C. 2741.07(A).

29. Plaintiff is entitled to attorney fees, court costs, and reasonable expenses associated with the civil action under R.C. 2741.07(D).

30. Plaintiff is entitled to permanent injunctive relief to stop the use of Plaintiff's likeness or persona without her authorization or consent.

## CONCLUSION

**WHEREFORE**, Plaintiff pray for money judgment in excess of $200,000.00 for all causes of action in this Complaint, to include compensatory damages, consequential damages, special damages, exemplary or punitive damages, attorney fees, court costs, interest, along with any other relief that will fully and fairly compensate Plaintiff and as the Court finds to be just and proper.

Respectfully submitted,

/S/ Aleia B. Brown, Esq.
Ohio Bar No. 0104165
**Law Office of Anthony J. Richardson II, LLC**
27457 Holiday Lane, Suite E
Perrysburg, OH 43551
Office No.: 567-209-2226
Fax No.: 567-331-8787
Brown@ajr2law.com

## PRAECIPE OF SERVICE

**TO THE CLERK OF COURTS:**

Please issue summons and copies of this Complaint and serve same upon the following parties:

**SHEIN**
757 S Alameda Street
Los Angeles, CA 90021-1678

 /s/ Aleia B. Brown, Esq.
Aleia B. Brown (0104165)
**Law Office of Anthony J. Richardson II, LLC**
27457 Holiday Lane, Suite E
Perrysburg, OH 43551
Office No.: 567-209-2226
Fax No.: 567-331-8787
Brown@ajr2law.com

4